UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.:

ERNEST HAUGHTON &
LEMUEL HAUGHTON,

    Plaintiffs,

vs.

USA DRY VAN LOGISTICS , LLC
AKA USA LOGISTICS CARRIERS, LLC
AKA USA LOG CARRIERS, LLC
AKA NORTH AMERICAN TRAILER
RENTAL, LLC &
GUILLERMO GONZALEZ,

    Defendant.
_____/

## COMPLAINT FOR NEGLIGENCE

COMES NOW, the Plaintiffs, ERNEST HAUGHTON and LEMUEL HAUGHTON, by and though their undersigned counsel, and sue the Defendants, USA DRY VAN LOGISTICS, LLC, also known as "USA LOGISTICS CARRIERS, LLC", USA LOG CARRIERS, LLC", "NORTH AMERICAN TRAILERS RENTAL, LLC" (hereinafter "USA Logistics") and GUILLERMO GONZALEZ, and allege:

### PARTIES

1. Plaintiff, ERNEST HAUGHTON, is a resident of Miami-Dade County, Florida and sui juris.

2. Plaintiff, LEMUEL HAUGHTON, is a resident of Miami-Dade County, Florida and sui juris.

3. USA Logistics is a Limited Liability company incorporated in Texas and its principle place of business is in Texas.  USA Logistics provides trucking services including within the State of Florida.

4. Defendant, GUILLERMO GONZALEZ, is a resident of Laredo, Texas.

## JURISDICTION

5. This Court has Diversity Jurisdiction under 28 U.S.C. 1332.

6. This is an action is for damages from automobile negligence exceeding the amount of $75,000.00 (seventy-five thousand dollars), exclusive of interest and costs.

7. The Plaintiffs and the Defendants are citizens of different States.

## VENUE

8. The Plaintiffs are citizens of Florida and have been receiving the vast majority of their medical care in Miami, Florida.

9. The Defendant is a citizen of Texas engaged in the trucking and transport business which provides nationwide services including within the State of Florida.

10. The action of negligence by Defendant GUILLERMO GONZALEZ occurred in the State of Louisiana.

11. Although this suit may proceed in another district court under 28 U.S.C. 1391 it is in the best interest and convenience of the Court, the parties, and including all treating physicians, expert and other witnesses that this case be tried the Southern District of Florida.

## COUNT I NEGLIGENCE (ERNEST HAUGHTON)

Plaintiff, ERNEST HAUGHTON, repeats and realleges the allegations contained in paragraphs 1 through 11 as fully set forth herein, and would further allege the following:

12. On or about May 16, 2010, Defendant, USA Logistics, owned a vehicle operated by an authorized employee, GUILLERMO GONZALEZ, at approximately 4:40 am, on I-10 at mile post 47.4 heading west in Jefferson Davis Parish, Louisiana.

13. At that time and place the Defendant negligently failed to operate or maintain their motor vehicle so to cause the collision to with the motor vehicle in which the Plaintiff, ERNEST HAUGHTON, was operating.

14. That as a result of the carelessness and negligence of the Defendant in operating his motor vehicle it was caused to collide with the motor vehicle in which the Plaintiff was operating.

15. That as a sole and direct proximate cause of the aforesaid collision, the Plaintiff, ERNEST HAUGHTON, has suffered bodily injuries resulting in pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, medical care and future medical care, loss of earning, and the loss of ability to earn money.  The losses are either permanent or continuing and Plaintiff, ERNEST HAUGHTON, will suffer losses in the future.

## COUNT II NEGLIGENCE (LEMUEL HAUGHTON)

Plaintiff, LEMUEL HAUGHTON, repeats and realleges the allegations contained in paragraphs 1 through 11 as fully set forth herein, and would further allege the following:

16. On or about May 16, 2010, Defendant, USA Logistics, owned a vehicle operated by an authorized employee, GUILLERMO GONZALEZ, at approximately 4:40 am, on I-10 heading west in Jefferson Davis Parish, Louisiana at mile post 47.4.

17. At that time and place the Defendant negligently failed to operate or maintain their motor vehicle so to cause the collision to with the motor vehicle in which the Plaintiff, LEMUEL HAUGHTON, was riding in.

18. That as a result of the carelessness and negligence of the Defendant in operating his motor vehicle it was caused to collide with the motor vehicle in which the Plaintiff was riding.

19. That as a sole and direct proximate cause of the aforesaid collision, the Plaintiff, LEMUEL HAUGHTON, has suffered bodily injuries resulting in pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, medical care and future medical care, loss of earning, and the loss of ability to earn money. The losses are either permanent or continuing and Plaintiff, LEMUEL HAUGHTON, will suffer losses in the future.

WHEREFORE, Plaintiffs sues the Defendant and demands Judgment for damages together with the costs of this litigation and any other relief that this Court deems just and proper.

## DEMAND FOR JURY TRIAL

The Plaintiffs herein demand Jury Trial of all issues so triable by law.

Dated: May 16, 2012.

Respectfully submitted,

DENISE V. POWERS, ESQ.

By: **s/Denise V. Powers**
Denise V. Powers (Florida Bar Number: 365009)
E-mail address: dvpowers@bellsouth.net
2600 S. Douglas Road, Suite 607
Coral Gables, FL 33134
Telephone: (305) 444-5100
Facsimile: (305) 444-4455
Attorney for Plaintiffs
[Ernest Haughton & Lemuel Haughton]