UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:12-cv-21853-JAL

ERNEST HAUGHTON and
LEMUEL HAUGHTON,

    Plaintiffs,

vs.

USA DRY VAN LOGISTICS, LLC,
a/k/a USA LOGISTICS CARRIERS, LLC
a/k/a USA LOG CARRIERS, LLC
a/k/a NORTH AMERICAN TRAILER RENTAL, LLC
and GUILLERMO GONZALEZ,

    Defendants.
_____/

## STIPULATION FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs, ERNEST HAUGHTON and LEMUEL HAUGHTON, and Defendants, USA DRY VAN LOGISTICS, LLC, a/k/a USA LOGISTICS CARRIERS, LLC a/k/a USA LOG CARRIERS, LLC a/k/a NORTH AMERICAN TRAILER RENTAL, LLC ("USA DRY VAN") and GUILLERMO GONZALEZ ("GONZALEZ"), and their respective undersigned attorneys, that the above-captioned cause, having been amicably settled, be dismissed with prejudice, and that each party will bear its own attorney's fees and costs herein.

Dated:  May 10, 2013.

Respectfully submitted,

| Powers & Associates, P.A. | Quintairos, Prieto, Wood & Boyer, P.A. |
|---|---|
| /s/Martin Powers | /s/ Alejandro J. Gonzalez |
| Martin Powers, Esq. | Alejandro J. Gonzalez, Esq. |
| Attorney for Plaintiffs | Attorney for Defendants |
| 4581 N. University Drive | 9300 S. Dadeland Blvd., 4th Floor |
| Lauderhill, FL 33351 | Miami, FL 33156 |
| Tel.:  (954) 742-9606 | Tel.:  (305) 670-1101 |
| Fax:  (954) 742-9645 | Fax:  (305) 670-1161 |
| E: powerslawoffice@comcast.net; mpowers65@yahoo.com | E:  agonzalez@qpwblaw.com |